IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11353
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CEVE EDWARDS, also known as Frown;
DEANA POLLARD, also known as
Deanna Pollard,

                                        Defendants-Appellants.
- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-CR-071-9-H
- - - - - - - - - -
December 10, 1997
Before BARKSDALE, BENAVIDES and STEWART, Circuit Judges.

PER CURIAM:[*]

    Ceve Edwards and Deana Pollard appeal the district court's failure to question the entire petit jury regarding allegations of juror speculation about guilty pleas entered by codefendants. The district court's questioning and dismissal of the juror who allegedly engaged in such speculation, coupled with the instructions it gave to the entire jury, was sufficient. See United States v. Ramos, 71 F.3d 1150, 1153-54 (5th Cir. 1995); United States v. Sedigh, 658 F.2d 1010, 1014 (5th Cir. 1981).

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.